UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-62469-Civ-COOKE/TORRES

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS, *et al.*,

      Plaintiffs,

vs.

BALBOA CAPITAL CORPORATION,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATION

THIS MATTER is before the Court on U.S. Magistrate Judge Edwin G. Torres' Report and Recommendation (ECF No. 195) on Defendant's Motions for Fees and Non-Taxable Costs (ECF Nos. 177, 181). The Court referred Defendant's Motions to Magistrate Judge Torres pursuant to 28 U.S.C. § 636(b)(1)(A). ECF Nos. 178, 182.

Judge Torres recommends the Court grant in part and deny in part Defendant's Motions. Neither party has filed objections to the Report, and the time to do so has passed. After reviewing the record and relevant legal authorities, the Court finds Judge Torres' Report and Recommendation clear, cogent, and compelling.

Accordingly, this Court **AFFIRMS and ADOPTS** Judge Torres' Report and Recommendation (ECF No. 195) as an Order of this Court. The Court **GRANTS** *in part* **and DENIES** *in part* Defendant's Renewed, Verified for Attorneys' Fees and Non-Taxable Expenses and Costs (ECF No. 177) and Appellee's Application for Attorneys' Fees in Connection with Appeal (ECF No. 181). The Court **AWARDS** Defendant $288,694.12 in fees and $2,009.60 in nontaxable costs, totaling **$290,703.72**.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 20th day of October 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*